


**GIRVIN & FERLAZZO, PC**
ATTORNEYS AT LAW

**MEMO ENDORSED**

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

June 20, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Via Facsimile: (914) 390-4152

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

RE:  Schreiber v. East Ramapo CSD
     08-cv-4288

Dear Judge Karas:

We represent Respondent East Ramapo Central School District in the above-reference matter. As we discussed this morning with your assistant, Alicia, we are respectfully requesting a brief extension in the time to Answer Petitioners' Complaint, from June 25 to July 7, 2008. We make this request with then consent of Plaintiffs' counsel, RosaLee Charpentier.

We thank the Court for its courtesies.

Very truly yours,

GIRVIN & FERLAZZO, P.C.

By: _____
    Karen Norlander

*Granted*
*[signature]*
6/25/08

KSN:lao

cc:   RosaLee Charpentier (via fax: 845/339-8089)