UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PHILIP and DARYL SCHREIBER,
parents of a disabled child, S.S.,

                Plaintiffs,         **FILED ELECTRONICALLY**

  -against-                        **08-cv-4288 KMK**

EAST RAMAPO CENTRAL SCHOOL DISTRICT

                Defendant.
_____

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant         East Ramapo Central School District

    I certify that I am admitted to practice in this court.

DATED:    July 7, 2008                GIRVIN & FERLAZZO, P.C.

                                                      By:  /S/Karen S. Norlander
                                                            Karen S. Norlander
                                                            Bar Roll No.: KN1860
                                       Attorney for Defendants
                                       Office and P.O. Address
                                       20 Corporate Woods Blvd.
                                       Albany, New York 12211
                                       Tel:   518-462-0300
                                       Fax:  518-462-5037
                                       Email: ksn@girvinlaw.com

TO:    RosaLee Charpentier, Esq.
         Bar Roll No.: RLC-2515
         FAMILY ADVOCATES, INC.
         Attorneys for Plaintiffs
         209 Clinton Avenue
         Kingston, New York  12401
         Tel:   845-339-8080
         Fax:  845-339-8089
         Email: famadvocates@verizon.net