UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP and DARYL SCHREIBER,
parents of a disabled child, S.S.,

                Plaintiffs,        **ELECTRONICALLY FILED**

  -against-                             **Civil Case No.: 08-cv-4288 KMK**

EAST RAMAPO CENTRAL SCHOOL DISTRICT

                Defendant.

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF ALBANY )

    Lisa A. Ovitt being duly sworn, deposes and says that:

    I am not a party to the action, am over 18 years of age and reside in Sloansville, NY.

    On July 7, 2008, I served a true copy of Defendants' Answer by electronically filing the same to the individual indicated below:

                        RosaLee Charpentier, Esq.
                        Family Advocates, Inc.
                        209 Clinton Avenue
                        Kingston, New York 12401

                                  _[signature]_
                                Lisa A. Ovitt

Sworn to before me this
8th day of July, 2008.

_[signature]_
Notary Public, State of New York

              BERNADETTE TOMASUOLO
            Notary Public, State Of New York
              Qualified In Warren County
                No. 01TO4867505
          Commission Expires August 11, 20 10